IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DOMENIC TRICOME, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | NO. 09-2492 |
| | : | |
| v. | : | |
| | : | |
| EBAY, INC., et al. | : | |
| | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 19th day of October, 2009, it is hereby ORDERED that:

1. All Defendants other than eBay, Inc., are DISMISSED WITHOUT PREJUDICE;

2. Defendant eBAY, Inc.'s Motion to Dismiss or Transfer (Docket No. 16) is DENIED IN PART AND GRANTED IN PART. It is denied as to dismissal and granted as to transfer of venue;

3. The matter is TRANSFERRED to the U.S. District Court for the Northern District of California, San Jose Division;

4. The Clerk shall close this case for statistical purposes in the Eastern District of Pennsylvania.

BY THE COURT:

/s/ C. Darnell Jones II

_____
C. DARNELL JONES II,    J.