Shelley G. Hurwitz (State Bar No. 217566)
HOLLAND & KNIGHT LLP
633 W. Fifth Street, 21st Floor
Los Angeles, California 90071
Telephone: (213) 896-2400
Facsimile: (213) 896-2450
shelley.hurwitz@hklaw.com

Tianjing Zhang (State Bar No. 256759)
HOLLAND & KNIGHT LLP
50 California Street, 28th Floor
San Francisco, California 94111
Telephone: (415) 743-6900
Facsimile: (415) 743-6910

Attorneys for Defendant
EBAY INC., a Delaware Corporation

**E-Filed 11/22/2010**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| DOMENIC TRICOME,<br><br>               PLAINTIFF,<br><br>VS.<br><br>EBAY INC.,<br>               DEFENDANT. | 5:10-CV-03214-JF<br><br>~~(PROPOSED)~~ ORDER ALLOWING TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE<br><br>Date: December 3, 2010<br>Time: 10:30 a.m.<br>Dept.: Courtroom 3, 5th Fl.<br>Judge: Hon. Jeremy Fogel |

**IT IS HEREBY ORDERED THAT:**

Shelley G. Hurwitz, counsel for Defendant EBAY, INC., may appear telephonically at the Case Management Conference scheduled to take place on December 3, 2010 at 10:30 a.m. Counsel shall contact Court Call at 866-582-6878 in ADVANCE of the hearing to arrange for the telephonic appearance.

Date: November 22, 2010



Jeremy Fogel
Judge of the U.S. District Court