UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

DOMENIC TRICOME,
    Plaintiff,

V.

EBAY, INC.,
    Defendants.

Case No. CV-10-3214-JF

ORDER TO SHOW CAUSE RE: DISMISSAL

The above named matter came regularly for a case management conference hearing before the Honorable Jeremy Fogel in Courtroom 3, on December 3, 2010 at 10:30 a.m. No appearance was made by Plaintiff. The Court hereby issues an ORDER TO SHOW CAUSE to be heard on February 4, 2011 at 10:30 a.m. as to why this action should not be dismissed for failure to prosecute. If Plaintiff does not file a response to the ORDER TO SHOW CAUSE by January 28, 2011, demonstrating why the case should not be dismissed, the Court will dismiss the action with prejudice, pursuant to Federal Rule of Civil Procedure 41(b), for failure to prosecute.

Date: December 10, 2010

JEREMY FOGEL
United States District Judge

cc: Domenic Tricome, 649 South Henderson Road, A508B, King of Prussia, PA 19406