**E-Filed 2/1/2011**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DOMENIC TRICOME,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>eBAY, INC.,<br><br>　　　　　　Defendant. | Case Number 5:10-cv-03214-JF (HRL)<br><br>ORDER[1] DISMISSING CASE WITHOUT PREJUDICE FOR LACK OF PROSECUTION |

　　　　Plaintiff Domenic Tricome ("Tricome"), a former eBay account holder, brought the instant action against Defendant eBay, Inc. ("eBay") in the United States District Court for the Eastern District of Pennsylvania, alleging: (1) fraud; (2) breach of contract; (3) negligence; (4) gross negligence; (5) negligent infliction of emotional distress; and (6) violation of the Sherman Antitrust Act, 15 U.S.C. § 1, *et seq.* The matter was transferred to this Court on October 19, 2009, pursuant to the forum selection clause included in the eBay User Agreement.

　　　　Tricome subsequently moved for sanctions and for transfer of venue back to the Eastern District of Pennsylvania. After Tricome failed to appear at a case management conference on December 3, 2010, this Court ordered Tricome to show cause as to why the instant action should

---

[1] This disposition is not designated for publication in the official reports.

Case 5:10-cv-03214-JF   Document 85   Filed 02/01/11   Page 2 of 2

1  not be dismissed for failure to prosecute.[2]  The Court directed Tricome to file a response on or
2  before January 28, 2011.  Tricome failed to respond by that date, and accordingly the action will
3  be dismissed without prejudice.  Because Tricome's motions for sanctions and for transfer of
4  venue were without any apparent legal basis, eBay will be awarded its reasonable attorneys'
5  fees.

**ORDER**

IT IS HEREBY ORDERED that the instant case be dismissed without prejudice for lack of prosecution.  All scheduled dates in this matter are VACATED, and all pending motions are TERMINATED.  eBay is awarded all attorneys' fees and expenses reasonably incurred in the preparation of its opposition to Tricome's motions for sanctions and transfer of venue.  Counsel for eBay shall file a declaration itemizing such fees and expenses within seven (7) days from the date of this order.

DATED:  February 1, 2011

_____
JEREMY FOGEL
United States District Judge

---

[2] Order to Show Cause dated December 20, 2010, Dkt. 80.

2
Case No. 5:10-cv-03214-JF (HRL)
ORDER DISMISSING CASE WITHOUT PREJUDICE FOR LACK OF PROSECUTION
(JFLC1)