**E-Filed 4/11/2011**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| DOMENIC TRICOME,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>eBAY, INC.,<br><br>　　　　　　　Defendant. | Case Number 5:10-cv-03214-JF (HRL)<br><br>ORDER[1] RE FILING REQUIREMENTS FOR MOTION FOR RECONSIDERATION AND GRANTING LEAVE FOR PLAINTIFF TO PARTICIPATE IN THE COURT'S E-FILING PROGRAM |

　　　　In its order dated February 28, 2011, the Court informed Plaintiff Domenic Tricome ("Tricome") of his right to file a motion for reconsideration with respect to the recent dismissal of his suit against Defendant eBay, Inc. ("eBay"). Dkt. 99. Subsequently, Tricome mailed a motion for reconsideration to chambers, along with supporting documentation. However, motion papers must be filed with the Clerk of the Court and may not be submitted to chambers directly. *See* Civ. L.R. 5.

　　　　Tricome has requested leave to participate in the Court's electronic-filing program. The

---

　　　[1]　　This disposition is not designated for publication in the official reports.

Case No. 5:10-cv-03214-JF (HRL)
ORDER RE FILING REQUIREMENTS FOR MOTION FOR RECONSIDERATION AND GRANTING LEAVE FOR PLAINTIFF TO PARTICIPATE IN THE COURT'S E-FILING PROGRAM
(JFLC1)

1  request appears well-taken and will be granted.  Tricome must contact the staff of the Electronic
2  Case Filing program to make the necessary arrangements.  If Tricome wishes to file a motion for
3  reconsideration pursuant to Fed. R. Civ. P. 60(b), he must file the motion in the Clerk's office,
4  and he may do so electronically.

**IT IS SO ORDERED.**

DATED:   April 11, 2011

_____
JEREMY FOGEL
United States District Judge

Case No. 5:10-cv-03214-JF (HRL)
ORDER RE FILING REQUIREMENTS FOR MOTION FOR RECONSIDERATION AND GRANTING LEAVE FOR
PLAINTIFF TO PARTICIPATE IN THE COURT'S E-FILING PROGRAM
(JFLC1)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

DOMENIC TRICOME,

        Plaintiff,

    v.

eBAY, INC.,

        Defendant.

Case Number 5:10-cv-03214-JF (HRL)

CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that I am an employee of the Office of the Clerk, United States District Court, Northern District of California.

    On April 11, 2011, I served a true and correct copy of the attached document to each of the persons hereinafter listed by placing said copy in a postage paid envelope and depositing said envelope in the United States mail, or by placing said envelope in the outgoing mail delivery receptacle located in the Clerk's Office:

Domenic Tricome
649 South Henderson Road
A508B
King of Prussia, PA 19406

DATED: April 11, 2011

For the Court
Richard W. Weiking, Clerk

By: _____/s/_____
Diana Munz
Courtroom Deputy Clerk

---

3

Case No. 5:10-cv-03214-JF (HRL)
ORDER RE FILING REQUIREMENTS FOR MOTION FOR RECONSIDERATION AND GRANTING LEAVE FOR PLAINTIFF TO PARTICIPATE IN THE COURT'S E-FILING PROGRAM
(JFLC1)